# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### (DALLAS DIVISION)



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

F I L E D

FEB - 4 2000

NANCY DOHERTY, CLERK

BY _____
Deputy

ANA LES, parent and natural guardian of
BABY LES, a minor in the State of Texas,

              v.

[Order Granting Substitution of Counsel]

NATIONAL HEMOPHILIA FOUNDATION
116 West 32nd Street, 11th Floor
NY, NY 10001,

JURY DEMANDED

DOCKET NO. 3:99-CV2511-G

NEW YORK BLOOD CENTER
310 East 67 Street
New York, New York 10021,

CENTEON, INC.
(previously known as Rorer Group, and
Rohne-Poulenc Rorer, Inc.)
1020 First Avenue
King of Prussia, Pennsylvania 19406,



FEB - 7 2000

U.S. DISTRICT CLERK'S OFFICE

ARMOUR PHARMACEUTICAL
500 Arcola Road
P. O. Box 1200
Collegeville, PA 19426,

BAYER CORPORATION
(previously known as Miles Inc. and
Cutter Biologicals)
400 Morgan Lane
West Haven, CT 06516,

BAXTER HEALTHCARE CORPORATION
(previously known as Travenol and Hyland)
One Baxter Parkway
Deerfield, IL 60015,

ALPHA THERAPEUTIC CORPORATION
(also known as the Green Cross of Japan and
a wholly owned subsidiary of Yoshitomi Pharmaceutical
Industries, Ltd.)
5555 Valley Blvd.
Los Angeles, CA 90032,

THE AMERICAN NATIONAL RED CROSS
17th and D Street, N.W.
Washington, D.C. 20006.

19825\28\141410_1

## ORDER GRANTING SUBSTITUTION OF COUNSEL

The Court has considered Defendant Alpha Therapeutic Corporation's unopposed motion for substitution of counsel and finds that it is warranted and should be granted.  It is, therefore,

ORDERED that Jonathan B. Shoebotham of the law firm Woodard, Hall & Primm, P.C. is hereby substituted in as attorney in charge for Defendant Alpha Therapeutic Corporation and Robert A. Hall of the law firm Woodard, Hall & Primm, P.C. is hereby withdrawn as counsel of record for Defendant.

SIGNED this ___4___ day of ___February_____, 2000.



_____
JUDGE PRESIDING